11:52 AM
08/24/23
Cash Basis

# 6 To 9 Dental PLLC
## Balance Sheet
### As of December 31, 2022

|  | Dec 31, 22 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| WF Chk - 1500 | 812.40 |
| **Total Checking/Savings** | 812.40 |
| **Other Current Assets** | |
| Due from 6 to 9 Dental Texas | 507,349.54 |
| **Total Other Current Assets** | 507,349.54 |
| **Total Current Assets** | 508,161.94 |
| **Fixed Assets** | |
| Dental Equipment | 162,164.28 |
| Furniture & Fixtures | 2,234.00 |
| Leasehold Improvements | 221,978.00 |
| Accumulated Depreciation | -153,722.00 |
| **Total Fixed Assets** | 232,654.28 |
| **TOTAL ASSETS** | **740,816.22** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Long Term Liabilities** | |
| N/P - Live Oak | 574,065.40 |
| N/P - SBA EIDL | 111,400.00 |
| **Total Long Term Liabilities** | 685,465.40 |
| **Total Liabilities** | 685,465.40 |
| **Equity** | |
| Retained Earnings | 1,401.29 |
| Net Income | 53,949.53 |
| **Total Equity** | 55,350.82 |
| **TOTAL LIABILITIES & EQUITY** | **740,816.22** |

FOR MANAGEMENT USE ONLY