# 2022 TAX RETURN

## CLIENT COPY

**Client:**  0830-SC

**Prepared for:**  6 TO 9 DENTAL PLLC
651 N BUSINESS IH 35 STE 730
NEW BRAUNFELS, TX  78130
(650) 796-1341

**Prepared by:**  CODY R. CALDWELL, CPA
MOSS, LUSE & WOMBLE, LLC
5160 TENNYSON PWKY STE 2000W
PLANO, TX  75024
(972) 674-2584

**Date:**  APRIL 21, 2023

**Comments:**

CLIENT COPY

**Route to:**  _____  _____  _____  _____

# MOSS, LUSE & WOMBLE, LLC

**5160 TENNYSON PWKY STE 2000W**
**PLANO, TX 75024**
**(972) 674-2584**

**Client 0830-SC**
**April 21, 2023**

---

**6 TO 9 DENTAL PLLC**
**651 N BUSINESS IH 35 STE 730**
**NEW BRAUNFELS, TX 78130**
**(650) 796-1341**

---

### FEDERAL FORMS

| | |
|---|---|
| **Form 1120S** | **2022 U.S. S Corporation Income Tax Return** |
| **Schedule K-1** | **Shareholder's Income, Deductions, Credits,  etc** |
| **Form 7004** | **Automatic Extension of Time to File** |
| **Form 7203** | **S Corporation Shareholder Basis Limitation** |
| **Form 8879-CORP** | **E-file Authorization for Corporations** |
| | **Depreciation Schedules** |

---

### TEXAS FORMS

| | |
|---|---|
| **Form 05-163** | **Texas Franchise Tax Report** |
| **Form 05-102** | **Texas Public Information Report** |

---

### FEE SUMMARY

**Preparation Fee**

CLIENT COPY

# FEDERAL INCOME TAX SUMMARY

**2022**  PAGE 1

**6 TO 9 DENTAL PLLC**  47-4069164

| | 2022 | 2021 | DIFF |
|---|---|---|---|
| **ORDINARY INCOME** | | | |
| GROSS RECEIPTS LESS RETURNS/ALLOWANCE.... | 277,297 | 306,104 | -28,807 |
| GROSS PROFIT............................................. | 277,297 | 306,104 | -28,807 |
| OTHER INCOME............................................ | 0 | 26 | -26 |
| TOTAL INCOME (LOSS).................................. | 277,297 | 306,130 | -28,833 |
| **ORDINARY DEDUCTIONS** | | | |
| REPAIRS AND MAINTENANCE........................... | 5,806 | 1,515 | 4,291 |
| RENTS...................................................... | 82,095 | 85,025 | -2,930 |
| TAXES AND LICENSES.................................. | 1,624 | 2,141 | -517 |
| INTEREST.................................................. | 38,485 | 48,000 | -9,515 |
| DEPRECIATION............................................ | 46,333 | 67,246 | -20,913 |
| ADVERTISING.............................................. | 375 | 69 | 306 |
| OTHER DEDUCTIONS..................................... | 46,647 | 103,448 | -56,801 |
| TOTAL DEDUCTIONS..................................... | 221,365 | 307,444 | -86,079 |
| ORDINARY BUSINESS INCOME (LOSS).............. | 55,932 | -1,314 | 57,246 |
| **REFUND OR AMOUNT DUE** | | | |
| BALANCE DUE............................................ | 0 | 0 | 0 |
| **SCHEDULE K - INCOME** | | | |
| ORDINARY BUSINESS INCOME (LOSS).............. | 55,932 | -1,314 | 57,246 |
| **SCHEDULE K - ITEMS AFFECTING BASIS** | | | |
| NONDEDUCTIBLE EXPENSES........................... | 1,982 | 1,870 | 112 |
| **SCHEDULE K - OTHER INFORMATION** | | | |
| INCOME (LOSS) RECONCILIATION.................... | 55,932 | -1,314 | 57,246 |
| **SCHEDULE L - BALANCE SHEET** | | | |
| BEGINNING ASSETS...................................... | 855,554 | 906,636 | -51,082 |
| BEGINNING LIABILITIES & EQUITY.................... | 855,554 | 906,636 | -51,082 |
| ENDING ASSETS.......................................... | 740,816 | 855,554 | -114,738 |
| ENDING LIABILITIES & EQUITY....................... | 740,816 | 855,554 | -114,738 |

CLIENT COPY

| 2022 | FEDERAL BALANCE SHEET SUMMARY | PAGE 1 |
|---|---|---|
| | **6 TO 9 DENTAL PLLC** | **47-4069164** |

**ENDING ASSETS**

| | | |
|---|---:|---:|
| CASH | | 812 |
| OTHER CURRENT ASSETS | | 507,350 |
| BUILDINGS AND OTHER ASSETS | 386,376 | |
| LESS: ACCUMULATED DEPRECIATION | (153,722) | 232,654 |
| TOTAL ASSETS | | 740,816 |

**ENDING LIABILITIES & EQUITY**

| | | |
|---|---:|---:|
| LONG-TERM NOTES PAYABLE | | 685,465 |
| RETAINED EARNINGS | | 55,351 |
| TOTAL LIABILITIES AND EQUITY | | 740,816 |



CLIENT COPY

# 2022     TEXAS INCOME TAX SUMMARY     PAGE 1

### 6 TO 9 DENTAL PLLC     47-4069164

| | **2022** | **2021** | **DIFF** |
|---|---|---|---|
| **REVENUE** | | | |
| TOTAL REVENUE............................................ | 277,297 | 306,130 | -28,833 |
| **TAX RATES** | | | |
| MARGINAL TAX RATE................................. | 0.0% | 0.0% | 0.0% |
| EFFECTIVE TAX RATE................................. | 0.0% | 0.0% | 0.0% |



CLIENT COPY

| **2022** | **GENERAL INFORMATION** | **PAGE 1** |
|---|---|---|

**6 TO 9 DENTAL PLLC**      47-4069164

**FORMS NEEDED FOR THIS RETURN**

```
FEDERAL: 1120S, SCH K-1, 7004, 7203, 8879-CORP, ELECTIONS
TEXAS:   05-163, 05-102
```

**TAX RATES**

```
TEXAS                                                        0.75%
```

**CARRYOVERS TO 2023**

```
NONE
```



Form **7203**
(Rev. December 2022)

Department of the Treasury
Internal Revenue Service

## S Corporation Shareholder Stock and Debt Basis Limitations

**Attach to your tax return.**
**Go to www.irs.gov/Form7203 for instructions and the latest information.**

OMB No. 1545-2302

Attachment
Sequence No. **203**

Name of shareholder
VIRGINIA HUMPHREY

Identifying number
■■■■■■■■■■

**A** Name of S corporation
6 TO 9 DENTAL PLLC

**B** Employer identification number
47-4069164

**C** Stock block (see instructions): _____

**D** Check applicable box(es) to indicate how stock was acquired:

**(1)** [X] Original shareholder  **(2)** [ ] Purchased  **(3)** [ ] Inherited  **(4)** [ ] Gift  **(5)** [ ] Other: _____

**E** Check if you have a Regulations section 1.1367-1(g) election in effect during the tax year for this S corporation . . . . . . . . . . . . . . . . . . . . [ ]

### Part I  Shareholder Stock Basis

| | | | |
|---|---|---|---|
| **1** | Stock basis at the beginning of the corporation's tax year. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 1,401. |
| **2** | Basis from any capital contributions made or additional stock acquired during the tax year. . . . . . . . . . . . . . . . | **2** | |
| **3a** | Ordinary business income (enter losses in Part III) . . . . . . . . . . . . . . . . . . . . . . . . . | **3a** 55,932. | |
| **b** | Net rental real estate income (enter losses in Part III) . . . . . . . . . . . . . . . . . . . . . | **3b** | |
| **c** | Other net rental income (enter losses in Part III) . . . . . . . . . . . . . . . . . . . . . . . . | **3c** | |
| **d** | Interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3d** | |
| **e** | Ordinary dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3e** | |
| **f** | Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3f** | |
| **g** | Net capital gains (enter losses in Part III) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3g** | |
| **h** | Net section 1231 gain (enter losses in Part III) . . . . . . . . . . . . . . . . . . . . . . . . | **3h** | |
| **i** | Other income (enter losses in Part III) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3i** | |
| **j** | Excess depletion adjustment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3j** | |
| **k** | Tax-exempt income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3k** | |
| **l** | Recapture of business credits. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3l** | |
| **m** | Other items that increase stock basis. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3m** | |
| **4** | Add lines 3a through 3m. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 55,932. |
| **5** | Stock basis before distributions. Add lines 1, 2, and 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | 57,333. |
| **6** | Distributions (excluding dividend distributions). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |

> **Note:** If line 6 is larger than line 5, subtract line 5 from line 6 and report the result as a capital gain on Form 8949 and Schedule D. See instructions.

| | | | |
|---|---|---|---|
| **7** | Stock basis after distributions. Subtract line 6 from line 5. If the result is zero or less, enter -0-, skip lines 8 through 14, and enter -0- on line 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | 57,333. |
| **8a** | Nondeductible expenses. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8a** 1,982. | |
| **b** | Depletion for oil and gas. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8b** | |
| **c** | Business credits (sections 50(c)(1) and (5)). . . . . . . . . . . . . . . . . . . . . . . . . . | **8c** | |
| **9** | Add lines 8a through 8c. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | 1,982. |
| **10** | Stock basis before loss and deduction items. Subtract line 9 from line 7. If the result is zero or less, enter -0-, skip lines 11 through 14, and enter -0- on line 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | 55,351. |
| **11** | Allowable loss and deduction items. Enter the amount from line 47, column (c). . . . . . . . . . . . . . . . . . . . . | **11** | |
| **12** | Debt basis restoration (see net increase in instructions for line 23) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12** | |
| **13** | Other items that decrease stock basis. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | |
| **14** | Add lines 11, 12, and 13. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | 0. |
| **15** | **Stock basis at the end of the corporation's tax year.** Subtract line 14 from line 10. If the result is zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | 55,351. |

### Part II  Shareholder Debt Basis

#### Section A — Amount of Debt (If more than three debts, see instructions.)

| Description | (a) Debt 1 [ ] Formal note [ ] Open account | (b) Debt 2 [ ] Formal note [ ] Open account | (c) Debt 3 [ ] Formal note [ ] Open account | (d) Total |
|---|---|---|---|---|
| **16** Loan balance at the beginning of the corporation's tax year. . . . . . . . . . . . . . . . | | | | 0. |
| **17** Additional loans (see instructions). . . . . . . . . | | | | |
| **18** Loan balance before repayment. Add lines 16 and 17 . . | | | | 0. |
| **19** Principal portion of debt repayment (this line doesn't include interest) . . . . . . . . . . . . . | | | | |
| **20** Loan balance at the end of the corporation's tax year. Subtract line 19 from line 18 . . . . | | | | 0. |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**

FDIA9998  09/29/22

Form **7203** (Rev. 12-2022)

Form 7203 (Rev. 12-2022)    6 TO 9 DENTAL PLLC    47-4069164    Page **2**

| **Part II** | **Shareholder Debt Basis** (continued)    VIRGINIA HUMPHREY |
|---|---|

## Section B — Adjustments to Debt Basis

| | Description | (a) Debt 1 | (b) Debt 2 | (c) Debt 3 | (d) Total |
|---|---|---|---|---|---|
| 21 | Debt basis at the beginning of the corporation's tax year. . . . . . . . . . . . . . . . . . . . | | | | 0. |
| 22 | Enter the amount, if any, from line 17 . . . . . | | | | |
| 23 | Debt basis restoration (see instructions) . . . | | | | |
| 24 | Debt basis before repayment. Add lines 21 22, and 23. . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | 0. |
| 25 | Divide line 24 by line 18 . . . . . . . . . . . . . . . . | | | | |
| 26 | Nontaxable debt repayment. Multiply line 25 by line 19. . . . . . . . . . . . . . . . . . . . . | | | | |
| 27 | Debt basis before nondeductible expenses and losses. Subtract line 26 from line 24. . . | | | | 0. |
| 28 | Nondeductible expenses and oil and gas depletion deductions in excess of stock basis. | | | | |
| 29 | Debt basis before losses and deductions. Subtract line 28 from line 27. If the result is zero or less, enter -0- . . . . . . . . . . . . . . . . . | | | | 0. |
| 30 | Allowable losses in excess of stock basis. Enter the amount from line 47, column (d) . . | | | | |
| 31 | **Debt basis at the end of the corporation's tax year.** Subtract line 30 from line 29. If the result is zero or less, enter -0- . . . . . . . . . | | | | 0. |

## Section C — Gain on Loan Repayment

| | Description | (a) Debt 1 | (b) Debt 2 | (c) Debt 3 | (d) Total |
|---|---|---|---|---|---|
| 32 | Repayment. Enter the amount from line 19. | | | | |
| 33 | Nontaxable repayments. Enter the amount from line 26. . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| 34 | **Reportable gain.** Subtract line 33 from line 32 . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |

| **Part III** | **Shareholder Allowable Loss and Deduction Items** |
|---|---|

| Description | (a) Current year losses and deductions | (b) Carryover amounts (column (e)) from the previous year | (c) Allowable loss from stock basis | (d) Allowable loss from debt basis | (e) Carryover amounts |
|---|---|---|---|---|---|
| 35 Ordinary business loss. . . . . . . . . . . . . | | | | | |
| 36 Net rental real estate loss. . . . . . . . . . . | | | | | |
| 37 Other net rental loss. . . . . . . . . . . . . . . | | | | | |
| 38 Net capital loss . . . . . . . . . . . . . . . . . . | | | | | |
| 39 Net section 1231 loss. . . . . . . . . . . . . . | | | | | |
| 40 Other loss . . . . . . . . . . . . . . . . . . . . . . | | | | | |
| 41 Section 179 deductions. . . . . . . . . . . . . | | | | | |
| 42 Charitable contributions. . . . . . . . . . . . . | | | | | |
| 43 Investment interest expense . . . . . . . . . | | | | | |
| 44 Section 59(e)(2) expenditures. . . . . . . . | | | | | |
| 45 Other deductions. . . . . . . . . . . . . . . . . . | | | | | |
| 46 Foreign taxes paid or accrued. . . . . . . . | | | | | |
| 47 **Total loss.** Add lines 35 through 46 for each column. Enter the total loss in column (c) on line 11 and enter the total loss in column (d) on line 30 . . . . | 0. | 0. | 0. | 0. | 0. |

Form **7203** (Rev. 12-2022)

CLIENT COPY

Form **8879-CORP**

(December 2022)

Department of the Treasury
Internal Revenue Service

**E-file** Authorization for Corporations

For calendar year 20 22 , or tax year beginning ___ , 20 ___ , ending ___ , 20 __

**Use for efile authorizations for Form 1120, 1120-F or 1120S.**
**Do not send to the IRS. Keep for your records.**
**Go to www.irs.gov/Form8879CORP for the latest information.**

OMB No. 1545-0123

| Name of corporation | Employer identification number |
|---|---|
| 6 TO 9 DENTAL PLLC | 47-4069164 |

| Part I | Information (Whole dollars only) | | |
|---|---|---|---|
| 1 | Total income (Form 1120, line 11) .................................................. | **1** | |
| 2 | Total income (Form 1120-F, Section II, line 11) ................................. | **2** | |
| 3 | Total income (loss) (Form 1120-S, line 6) ...................................... | **3** | 277,297. |

| Part II | Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return. |
|---|---|

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's electronic income tax return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgment of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize MOSS, LUSE & WOMBLE, LLC to enter my PIN ▮▮▮ as my signature
on the corporation's electronically filed income tax return.

ERO firm name                                                                    do not enter all zeros

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's electronically filed income tax return.

Officer's signature _____ Date 4/17/2023  Title MEMBER

*CLIENT COPY*

| Part III | Certification and Authentication |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. .................................. ▮▮▮▮▮

do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature  CODY R. CALDWELL, CPA                                              Date  4/17/2023

**ERO Must Retain This Form — See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

**BAA  For Paperwork Reduction Act Notice, see instructions.**    CPCA9401L  01/04/23    Form **8879-CORP** (12-2022)

Form **7004**

(Rev December 2018)

Department of the Treasury
Internal Revenue Service

# Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

► File a separate application for each return.

► Go to *www.irs.gov/Form7004* for instructions and the latest information.

OMB No. 1545-0233

| Name | Identifying number |
|---|---|
| 6 TO 9 DENTAL PLLC | 47-4069164 |

**Print or Type**

Number, street, and room or suite no. (If P.O. box, see instructions.)
651 N BUSINESS IH 35 STE 730

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)
NEW BRAUNFELS, TX 78130

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

## Part I   Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.

**1** Enter the form code for the return listed below that this application is for...................................... **25**

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

## Part II   All Filers Must Complete This Part

**2** If the organization is a foreign corporation that does not have an office or place of business in the United States, check here...... ► ☐

**3** If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here..... ► ☐
  If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

**4** If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here................... ► ☐

**5a** The application is for calendar year 20 **22**, or tax year beginning _ _ _ _ _ _ _, 20 _ _, and ending _ _ _ _ _ _ _, 20 _ _

**b Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return ☐ Final return
  ☐ Change in accounting period ☐ Consolidated return to be filed ☐ Other (See instructions − attach explanation.)

| | | | |
|---|---|---|---|
| **6** Tentative total tax ...................................................... | **6** | | 0. |
| **7** **Total** payments and credits. See instructions........................................ | **7** | | 0. |
| **8** **Balance due.** Subtract line 7 from line 6. See instructions................................ | **8** | | 0. |

BAA **For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**   CPCZ0701L   08/09/18   Form **7004** (Rev. 12-2018)

CLIENT COPY

Form **1120-S**

Department of the Treasury
Internal Revenue Service

# U.S. Income Tax Return for an S Corporation

Do not file this form unless the corporation has filed or
is attaching Form 2553 to elect to be an S corporation.
Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2022**

For calendar year 2022 or tax year beginning , 2022, ending ,

| | |
|---|---|
| **A** S election effective date 1/01/2020 | **TYPE** |
| **B** Business activity code number (see instructions) 621210 | **OR** 6 TO 9 DENTAL PLLC
651 N BUSINESS IH 35 STE 730
NEW BRAUNFELS, TX 78130 |
| **C** Check if Schedule M-3 attached ☐ | **PRINT** |

**D** Employer identification number 47-4069164

**E** Date incorporated 5/20/2015

**F** Total assets (see instructions) $ 740,816.

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change
**(4)** ☐ Amended return **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**J** Check if: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---:|
| **I N C O M E** | **1a** Gross receipts or sales . . . . . . . . . . . . . . . . . . . . . . . | 1a | 279,824. | |
| | **b** Returns and allowances . . . . . . . . . . . . . . . . . . . . . | 1b | 2,527. | |
| | **c** Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . . | | 1c | 277,297. |
| | **2** Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . | | 2 | |
| | **3** Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . | | 3 | 277,297. |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . . . . . . . . . | | 4 | |
| | **5** Other income (loss) (see instrs — att statement) . . . . . . . . . . . . . . . | | 5 | |
| | **6** **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . . . . . . . . . | | 6 | 277,297. |
| **D E D U C T I O N S   (SEE INSTRS)** | **7** Compensation of officers (see instructions — attach Form 1125-E) . . . . . . . . . | | 7 | |
| | **8** Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . . | | 8 | |
| | **9** Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . | | 9 | 5,806. |
| | **10** Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 10 | |
| | **11** Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 11 | 82,095. |
| | **12** Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . . . | | 12 | 1,624. |
| | **13** Interest (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . | | 13 | 38,485. |
| | **14** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | 14 | 46,333. |
| | **15** Depletion **(Do not deduct oil and gas depletion.)** . . . . . . . . . . . . . . | | 15 | |
| | **16** Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 16 | 375. |
| | **17** Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . . . . | | 17 | |
| | **18** Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . | | 18 | |
| | **19** Other deductions (attach statement) . . . . . . . . . . . . . . SEE STATEMENT 1 | | 19 | 46,647. |
| | **20** **Total deductions.** Add lines 7 through 19 . . . . . . . . . . . . . . . . . | | 20 | 221,365. |
| | **21** Ordinary business income (loss). Subtract line 20 from line 6 . . . . . . . . . . | | 21 | 55,932. |
| **T A X   A N D   P A Y M E N T S** | **22a** Excess net passive income or LIFO recapture tax (see instructions) . . . . . . . . | 22a | | |
| | **b** Tax from Schedule D (Form 1120-S) . . . . . . . . . . . . . . . . . | 22b | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) . . . . . . . . . . | | 22c | |
| | **23a** 2022 estimated tax payments and 2021 overpayment credited to 2022 . . . . . | 23a | | |
| | **b** Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . . | 23b | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) . . . . . . . . . . | 23c | | |
| | **d** Add lines 23a through 23c . . . . . . . . . . . . . . . . . . . . . . . | | 23d | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . ☐ | | 24 | |
| | **25** Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed . | | 25 | 0. |
| | **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid . | | 26 | |
| | **27** Enter amount from line 26: Credited to 2023 estimated tax Refunded ▶ | | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer    Date    MEMBER
    Title

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| | | | |
|---|---|---|---|
| Print/Type preparer's name CODY R. CALDWELL, CPA | Preparer's signature CODY R. CALDWELL, CPA | Date | Check ☐ if self-employed |
| Firm's name MOSS, LUSE & WOMBLE, LLC | | | Firm's EIN |
| Firm's address 5160 TENNYSON PKWY STE 2000W PLANO, TX 75024 | | | Phone no. (972) 674-2584 |

PTIN

**BAA For Paperwork Reduction Act Notice, see separate instructions.**    SPSA0112  09/14/22    Form **1120-S** (2022)

Form 1120-S (2022)  6 TO 9 DENTAL PLLC                                           47-4069164          Page **2**

| **Schedule B** | **Other Information**  (see instructions) | | | | Yes | No |
|---|---|---|---|---|---|---|

**1** Check accounting method: **a** ☐ Cash  **b** ☐ Accrual  **c** ☒ Other (specify)  <u>MODIFIED CASH</u>

**2** See the instructions and enter the:

  **a** Business activity <u>DENTISTRY</u>  **b** Product or service <u>DENTAL SERVICES</u>

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . . . . . | | | X

**4** At the end of the tax year, did the corporation:

  **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . | | | X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

  **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . | | | X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum % Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . . . . . . . . | | | X
  If "Yes," complete lines (i) and (ii) below.
  **(i)** Total shares of restricted stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . <u>_ _ _ _ _ _ _ _ _ _</u>
  **(ii)** Total shares of non-restricted stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . <u>_ _ _ _ _ _ _ _ _ _</u>

  **b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . . | | | X
  If "Yes," complete lines (i) and (ii) below.
  **(i)** Total shares of stock outstanding at the end of the tax year . . . . . . . . . . . . . . . . . . . . <u>_ _ _ _ _ _ _ _ _ _</u>
  **(ii)** Total shares of stock outstanding if all instruments were executed . . . . . . . . . . . . . . . . <u>_ _ _ _ _ _ _ _ _ _</u>

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . . . . ☐
  If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years.
  See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>_ _ _ _ _ _ _ _ _ _ _</u>

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X

**10** Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X
  **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.
  **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense.
  **c** The corporation is a tax shelter and the corporation has business interest expense.
  If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j).

**11** Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X
  **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.
  **b** The corporation's total assets at the end of the tax year were less than $250,000.
  If "Yes," the corporation is not required to complete Schedules L and M-1.

SPSA0112  09/14/22                                                                Form **1120-S** (2022)

Form 1120-S (2022)  6 TO 9 DENTAL PLLC                                    47-4069164            Page **3**

| Schedule B | Other Information   (see instructions) *(continued)* | | Yes | No |
|---|---|---|---|---|
| **12** | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt?.................................................. | | | X |
| | If "Yes," enter the amount of principal reduction.................................... $ _ _ _ _ _ _ _ _ _ _ | | | |
| **13** | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions..... | | | X |
| **14a** | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099?........................ | | X | |
| **b** | If "Yes," did or will the corporation file required Form(s) 1099?........................................ | | X | |
| **15** | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund?............................ | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 .................................... $ | | | |

| Schedule K | | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | **1** | Ordinary business income (loss) (page 1, line 21)........................................ | **1** | 55,932. |
| | **2** | Net rental real estate income (loss) (attach Form 8825)..................................... | **2** | |
| | **3a** | Other gross rental income (loss).................................... **3a** | | |
| | **b** | Expenses from other rental activities (attach statement)......................... **3b** | | |
| | **c** | Other net rental income (loss). Subtract line 3b from line 3a..................... | **3c** | |
| | **4** | Interest income..................................................... | **4** | |
| | **5** | Dividends:  **a** Ordinary dividends........................................ | **5a** | |
| | | **b** Qualified dividends.................................. **5b** | | |
| | **6** | Royalties........................................................... | **6** | |
| | **7** | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)).............. | **7** | |
| | **8a** | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S))............... | **8a** | |
| | **b** | Collectibles (28%) gain (loss)....................................... **8b** | | |
| | **c** | Unrecaptured section 1250 gain (attach statement)........................ **8c** | | |
| | **9** | Net section 1231 gain (loss) (attach Form 4797)......................... | **9** | |
| | **10** | Other income (loss) (see instructions)............ Type: | **10** | |
| **Deductions** | **11** | Section 179 deduction (attach Form 4562)........................................ | **11** | |
| | **12a** | Charitable contributions........................................... | **12a** | |
| | **b** | Investment interest expense......................................... | **12b** | |
| | **c** | Section 59(e)(2) expenditures................. Type: _ _ _ _ _ _ _ _ _ _ | **12c** | |
| | **d** | Other deductions (see instructions)........... Type: | **12d** | |
| **Credits** | **13a** | Low-income housing credit (section 42(j)(5))............................... | **13a** | |
| | **b** | Low-income housing credit (other)...................................... | **13b** | |
| | **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable)............. | **13c** | |
| | **d** | Other rental real estate credits (see instrs)...... Type: _ _ _ _ _ _ _ _ _ _ | **13d** | |
| | **e** | Other rental credits (see instructions)........... Type: _ _ _ _ _ _ _ _ _ _ | **13e** | |
| | **f** | Biofuel producer credit (attach Form 6478)............................. | **13f** | |
| | **g** | Other credits (see instructions)................ Type: | **13g** | |
| **International** | | SEE STATEMENT 2 | | |
| | **14** | Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance ............ ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | **15a** | Post-1986 depreciation adjustment ............................................ | **15a** | |
| | **b** | Adjusted gain or loss .............................................. | **15b** | |
| | **c** | Depletion (other than oil and gas)..................................... | **15c** | |
| | **d** | Oil, gas, and geothermal properties — gross income......................... | **15d** | |
| | **e** | Oil, gas, and geothermal properties — deductions........................... | **15e** | |
| | **f** | Other AMT items (attach statement) ................................... | **15f** | |
| **Items Affecting Shareholder Basis** | **16a** | Tax-exempt interest income......................................... | **16a** | |
| | **b** | Other tax-exempt income........................................... | **16b** | |
| | **c** | Nondeductible expenses ........................................... | **16c** | 1,982. |
| | **d** | Distributions (attach stmt if required) (see instrs) .......................... | **16d** | |
| | **e** | Repayment of loans from shareholders.................................. | **16e** | |
| | **f** | Foreign taxes paid or accrued ....................................... | **16f** | |

**BAA**                                   SPSA0134   09/14/22                        Form **1120-S** (2022)

CLIENT COPY

Form 1120-S (2022)  6 TO 9 DENTAL PLLC                                47-4069164          Page **4**

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | Total amount | |
|---|---|---|---|---|
| Other Infor-mation | **17a** Investment income | | **17a** | |
| | **b** Investment expenses | | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits | | **17c** | |
| | **d** Other items and amounts | | | |
| | (attach statement)                      SEE STATEMENT 3 | | | |
| Recon-ciliation | **18** **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | | **18** | 55,932. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | **(a)** | **(b)** | **(c)** | **(d)** |
| **1** | Cash | | 8,765. | | 812. |
| **2a** | Trade notes and accounts receivable | | | | |
| **b** | Less allowance for bad debts | ( ) | | ( ) | |
| **3** | Inventories | | | | |
| **4** | U.S. government obligations | | | | |
| **5** | Tax-exempt securities (see instructions) | | | | |
| **6** | Other current assets (attach stmt) . . . . SEE ST 4. | | 567,802. | | 507,350. |
| **7** | Loans to shareholders | | | | |
| **8** | Mortgage and real estate loans | | | | |
| **9** | Other investments (attach statement) | | | | |
| **10a** | Buildings and other depreciable assets | 386,376. | | 386,376. | |
| **b** | Less accumulated depreciation | ( 107,389.) | 278,987. | ( 153,722.) | 232,654. |
| **11a** | Depletable assets | | | | |
| **b** | Less accumulated depletion | ( ) | | ( ) | |
| **12** | Land (net of any amortization) | | | | |
| **13a** | Intangible assets (amortizable only) | | | | |
| **b** | Less accumulated amortization | ( ) | | ( ) | |
| **14** | Other assets (attach stmt) | | | | |
| **15** | Total assets | | 855,554. | | 740,816. |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable | | | | |
| **17** | Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** | Other current liabilities (attach stmt) | | | | |
| **19** | Loans from shareholders | | | | |
| **20** | Mortgages, notes, bonds payable in 1 year or more | | 854,153. | | 685,465. |
| **21** | Other liabilities (attach statement) | | | | |
| **22** | Capital stock | | | | |
| **23** | Additional paid-in capital | | | | |
| **24** | Retained earnings | | 1,401. | | 55,351. |
| **25** | Adjustments to shareholders' equity (att stmt) | | | | |
| **26** | Less cost of treasury stock | | ( ) | | ( ) |
| **27** | Total liabilities and shareholders' equity | | 855,554. | | 740,816. |

SPSA0134  09/14/22                                              Form **1120-S** (2022)

CLIENT COPY

Form 1120-S (2022)  6 TO 9 DENTAL PLLC    47-4069164    Page **5**

| **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income (Loss) per Return** | | | | |
|---|---|---|---|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books............ | 53,950. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | | **a** Tax-exempt interest . . $ _ _ _ _ _ _ _ _ _ _ | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | |
| **a** | Depreciation........ $ _ _ _ _ _ _ _ _ _ _ | | | **a** Depreciation . . . $ _ _ _ _ _ _ _ _ _ _ | |
| **b** | Travel and entertainment  $ _ _ _ _ _ _ _ _ _ | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| | SEE STATEMENT 5 _ _ _ _ _ 1,982. | 1,982. | 7 | Add lines 5 and 6...................... | 0. |
| 4 | Add lines 1 through 3..................... | 55,932. | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4. . . . . | 55,932. |

| **Schedule M-2** | **Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account** (see instructions) |
|---|---|

| | | **(a)** Accumulated adjustments account | **(b)** Shareholders' undistributed taxable income previously taxed | **(c)** Accumulated earnings and profits | **(d)** Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year................. | -599. | | | 2,000. |
| 2 | Ordinary income from page 1, line 21............ | 55,932. | | | |
| 3 | Other additions.................................. | | | | |
| 4 | Loss from page 1, line 21 ..................... | ( ) | | | |
| 5 | Other reductions....SEE STATEMENT 6..... | ( 1,982.) | | | ( ) |
| 6 | Combine lines 1 through 5...................... | 53,351. | | | 2,000. |
| 7 | Distributions................................... | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6........ | 53,351. | | | 2,000. |

SPSA0134  09/14/22      Form **1120-S** (2022)

CLIENT COPY

671121

**Schedule K-1**
(Form 1120-S)
Department of the Treasury
Internal Revenue Service

**2022**

For calendar year 2022, or tax year

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

beginning ___/___/___  ending ___/___/___

## Shareholder's Share of Income, Deductions, Credits, etc.
**See separate instructions.**

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 55,932. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked..... ☐ |
| 6 | Royalties | 15 | Alternative minimum tax (AMT) items |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | 16 | Items affecting shareholder basis C 1,982. |
| 10 | Other income (loss) | | |
| 11 | Section 179 deduction | 17 | Other information AC 277,297. V* STMT |
| 12 | Other deductions | | |

### Part I — Information About the Corporation

**A** Corporation's employer identification number
47-4069164

**B** Corporation's name, address, city, state, and ZIP code
6 TO 9 DENTAL PLLC
651 N BUSINESS IH 35 STE 730
NEW BRAUNFELS, TX 78130

**C** IRS Center where corporation filed return
E-FILE

**D** Corporation's total number of shares
Beginning of tax year.............. 1,000
End of tax year.................... 1,000

### Part II — Information About the Shareholder

**E** Shareholder's identifying number

**F** Shareholder's name, address, city, state, and ZIP code
VIRGINIA HUMPHREY
13701 TRAILSIDE LANE
LIVE OAK, TX 78233

CLIENT COPY

**G** Current year allocation percentage ......... 100 %

**H** Shareholder's number of shares
Beginning of tax year.............. 1,000
End of tax year.................... 1,000

**I** Loans from shareholder
Beginning of tax year............. $ _____
End of tax year................... $ _____

F O R   I R S   U S E   O N L Y

| | |
|---|---|
| 18 | ☐ More than one activity for at-risk purposes* |
| 19 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.**  www.irs.gov/Form1120S  **Schedule K-1 (Form 1120-S) 2022**

SHAREHOLDER 1

SPSA0412  07/08/22

6 TO 9 DENTAL PLLC 47-4069164

SCHEDULE K-1 (FORM 1120S) 2022      **SUPPLEMENTAL INFORMATION**       PAGE   2

**SUPPLEMENTAL INFORMATION**

THIS SHAREHOLDER WILL NOT RECEIVE SCHEDULE K-3 FROM THE S CORPORATION UNLESS THE
SHAREHOLDER REQUESTS THE SCHEDULE.



SHAREHOLDER 1 : VIRGINIA HUMPHREY ███████████

SPSL1201L 07/06/22

**Statement A—QBI Pass-through Entity Reporting (Schedule K-1, Box 17, Code V)**

| S corporation's name: 6 TO 9 DENTAL PLLC | | S corporation's EIN: 47-4069164 |
|---|---|---|
| Shareholder's name:  VIRGINIA HUMPHREY | | Shareholder's identifying number: ▉▉▉▉▉ |

|  | 6 TO 9 DENTAL PLLC | | |
|---|---|---|---|
|  | ☐ PTP | ☐ PTP | ☐ PTP |
|  | ☐ Aggregated | ☐ Aggregated | ☐ Aggregated |
| **Shareholder's share of:** | ☒ SSTB | ☐ SSTB | ☐ SSTB |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | |
| Ordinary business income (loss) | 55,932. | | |
| Rental income (loss) . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . . | 386,376. | | |
| **Section 199A dividends** | | | |

|  |  | | |
|---|---|---|---|
|  | ☐ PTP | ☐ PTP | ☐ PTP |
|  | ☐ Aggregated | ☐ Aggregated | ☐ Aggregated |
| **Shareholder's share of:** | ☐ SSTB | ☐ SSTB | ☐ SSTB |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | |
| Ordinary business income (loss) | | | |
| Rental income (loss) . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . . | | | |

CLIENT COPY

SHAREHOLDER 1
**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.**  SPSA1515  12/15/22  **Statement A (Form 1120-S) (2022)**

| **2022** | **FEDERAL STATEMENTS** | **PAGE 1** |
|---|---|---|
| | **6 TO 9 DENTAL PLLC** | 47-4069164 |

**STATEMENT 1**
**FORM 1120S, LINE 19**
**OTHER DEDUCTIONS**

| | |
|---|---:|
| COMPUTER AND INTERNET EXPENSE $ | 2,554. |
| CONTINUING EDUCATION | 75. |
| CONTRACT LABOR | 767. |
| CREDIT CARD AND BANK FEES | 3,999. |
| DENTAL SUPPLIES | 13,201. |
| LAB FEES | 11,741. |
| LAUNDRY AND CLEANING | 603. |
| LEGAL AND PROFESSIONAL | 2,000. |
| MEALS | 151. |
| OFFICE EXPENSE | 1,727. |
| OFFICE SUPPLIES | 1,431. |
| POSTAGE AND DELIVERY | 132. |
| TELECOM | 2,571. |
| UTILITIES | 5,695. |
| TOTAL $ | 46,647. |

**STATEMENT 2**
**FORM 1120S, SCHEDULE K, LINE 14**
**EXCEPTION TO FILING SCHEDULE K-2**

THIS S CORPORATION QUALIFIED FOR EXCEPTION TO FILING SCHEDULE K-2.

**STATEMENT 3**
**FORM 1120S, SCHEDULE K, LINE 17D**
**OTHER ITEMS AND AMOUNTS**

| | |
|---|---:|
| GROSS RECEIPTS FOR SECTION 448(C) $ | 277,297. |

**STATEMENT 4**
**FORM 1120S, SCHEDULE L, LINE 6**
**OTHER CURRENT ASSETS**

| | BEGINNING | ENDING |
|---|---:|---:|
| INTERCOMPANY RECEIVABLES | $ 567,802. | $ 507,350. |
| TOTAL | $ 567,802. | $ 507,350. |

**STATEMENT 5**
**FORM 1120S, SCHEDULE M-1, LINE 3**
**EXPENSES ON BOOKS NOT ON SCHEDULE K**

| | |
|---|---:|
| OFFICERS LIFE INSURANCE PREMIUMS | $ 1,982. |
| TOTAL | $ 1,982. |

CLIENT COPY

| 2022 | FEDERAL STATEMENTS | PAGE 2 |
|------|--------------------|--------|

**6 TO 9 DENTAL PLLC**                                                           **47-4069164**

**STATEMENT 6**
**FORM 1120S, SCHEDULE M-2, COLUMN A, LINE 5**
**OTHER REDUCTIONS**

| | | |
|---|---|---|
| OFFICERS LIFE INSURANCE PREMIUMS | $ | 1,982. |
| TOTAL | $ | 1,982. |

CLIENT COPY

| **2022** | **GENERAL ELECTIONS** | **PAGE 1** |
|---|---|---|
| | **6 TO 9 DENTAL PLLC** | **47-4069164** |

**ELECTION TO NOT CLAIM ADDITIONAL DEPRECIATION**

PURSUANT TO IRC SECTION 168(K)(7), THE CORPORATION HEREBY ELECTS TO NOT CLAIM THE ADDITIONAL DEPRECIATION DEDUCTION FOR THE FOLLOWING CLASSES OF PROPERTY IN THE TAX YEAR ENDED 12/31/22.

ALL ELIGIBLE CLASSES OF PROPERTY

**SECTION 1.263(A)-1(F) DE MINIMIS SAFE HARBOR ELECTION**

THE CORPORATION HEREBY MAKES THE DE MINIMIS SAFE HARBOR ELECTION UNDER REGULATION 1.263(A)-1(F).

6 TO 9 DENTAL PLLC
651 N BUSINESS IH 35 STE 730
NEW BRAUNFELS, TX 78130
47-4069164



TX2023  05-163
VER. 14.0 (Rev.8-21/10)

# Texas Franchise Tax No Tax Due Report

■ **Tcode** 13255 ANNUAL

*The law requires No Tax Due Reports originally due on or after Jan. 1, 2016 to be filed electronically. Filing this paper report means you are requesting, and we are granting, a waiver from the electronic reporting requirement for this report year ONLY.*

■ Taxpayer number
5126

Report year
2023

Due date
05/15/2023

Taxpayer name
6 TO 9 DENTAL PLLC

Secretary of State file number or Comptroller file number

Mailing address
651 N BUSINESS IH 35 STE 730

0802219645

City
NEW BRAUNFELS

State
TX

Country
UNITED STATES

ZIP code plus 4
78130

Check box if the address has changed ☐

Check box if this is a combined report ■ ☐

**NAICS code**
■ 621210

Check box if Total Revenue is adjusted for Tiered Partnership Election, see instructions.*(Note: Upper tiered partnerships do not qualify to use this form.)* ■ ☐

Check box to request a Certificate of Account Status ■ ☐

Is this entity a corporation, limited liability company, professional association, limited partnership or financial institution?  ☒ Yes  ☐ No

If any of the statements below are true, you qualify to file this **No Tax Due Report** *(Check all boxes that apply.)*:

1. This entity is a passive entity as defined in Texas Tax Code Sec. 171.0003.  *(See instructions.)*
   *(Passive income does NOT include rent.)*  1. ■ ☐

2. This entity's annualized total revenue is below the no tax due threshold.  2. ■ ☒

3. This entity has zero Texas Gross Receipts.  3. ■ ☐

4. This entity is a Real Estate Investment Trust (REIT) that meets the qualifications specified in Texas Tax Code Sec. 171.0002(c)(4).  4. ■ ☐

5. This entity is a new veteran-owned business as defined in Texas Tax Code Sec. 171.0005.  5. ■ ☐
   *(Must be pre-qualified, see instructions)*

6a. Accounting year begin date  6a. 010122

6b. Accounting year end date  6b. 123122

7. **TOTAL REVENUE** *(Whole dollars only)*  7. 277297 . 00

Print or type name
VIRIGINIA HUMPHREY

Area code and phone number
(650) 796-1341

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief.

**sign here** ▶

Date

**Mail original to:**
Texas Comptroller of Public Accounts
P.O. Box 149348
Austin, TX 78714-9348

Instructions for each report year are online at www.comptroller.texas.gov/taxes/franchise/forms/. If you have any questions, call 1-800-252-1381.

## Texas Comptroller Official Use Only

VE/DE ☐

PM Date

1032

TX2023
VER. 14.0

05-102
(Rev.9-15/33)

# Texas Franchise Tax Public Information Report

To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),
Professional Associations (PA) and Financial Institutions

■ **Tcode**  13196

| ■ Taxpayer number | ■ Report year |
|---|---|
| ████ 5126 | 2023 |

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

Taxpayer name
**6 TO 9 DENTAL PLLC**

■ ☐ Check box if the mailing address has changed.

Mailing address
**651 N BUSINESS IH 35 STE 730**

| City | State | ZIP code plus 4 |
|---|---|---|
| NEW BRAUNFELS | TX | 78130 |

Secretary of State (SOS) file number or Comptroller file number
0802219645

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office
**651 N BUSINESS IH 35 STE 730, NEW BRAUNFELS, TX 78130**

Principal place of business
**651 N BUSINESS IH 35 STE 730, NEW BRAUNFELS, TX 78130**

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

**Please sign below!**   **This report must be signed to satisfy franchise tax requirements.**

████2623

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| VIRGINIA HUMPHREY | MEMBER | ☐ YES | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| 13701 TRAILSIDE LN | LIVE OAK | TX | 78223 |

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| | | ☐ YES | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| | | | |

| Name | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|
| | | ☐ YES | | |

| Mailing address | City | State | ZIP Code |
|---|---|---|---|
| | | | |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

Registered agent and registered office currently on file *(see instructions if you need to make changes)*

*You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.*

Agent:  **VIRGINIA P HUMPHREY II**

| Office: | City | State | ZIP Code |
|---|---|---|---|
| 13701 TRAILSIDE LANE | LIVE OAK | TX | 78233 |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution.

| sign here ▶ | Title MEMBER | Date | Area code and phone number (650) 796-1341 |
|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE | ☐ | PIR IND | ☐ |
|---|---|---|---|

1032